# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:22-cr-00026-JCM-VCF |
| v. | **ORDER** |
| DANNIE ALTON LUCKETT, | |
| Defendant. | |

Before the Court is *United States of America v. Dannie Alton Luckett*.

The court has received a letter from the Bureau of Prisons requesting an extension of time to conduct the competency evaluation.

Accordingly,

IT IS HEREBY ORDERED that an in-person status hearing is scheduled for **2:00 PM, April 27, 2022**, in courtroom 3D. Defendant Luckett's presence is not required at the scheduled hearing.

DATED this 20th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE