UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:22-cr-00026-JCM-VCF |
| v. | |
| DANNIE ALTON LUCKETT, | **ORDER** |
| Defendant. | |

Before the court is the *United States of America v. Dannie Alton Luckett*, case no. 2:22-cr-00026-JCM-VCF.  The court has received the Forensic Evaluation on Mr. Luckett.

IT IS HEREBY ORDERED that a competency hearing is scheduled for 10:00 AM, July 1, 2022, in courtroom 3D.

The Clerk of Court is directed to email a copy of the Forensic Evaluation to Benjamin F. Nemec, Esq., and Daniel J. Cowhig, Esq.

DATED this 14th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE