UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNIE ALTON LUCKETT,<br><br>    Defendant. | Case No. 2:22-cr-00026-JCM-VCF<br><br>ORDER |

**ORDER**

IT IS THEREFORE ORDERED that the Competency Hearing currently scheduled on July 1, 2022, at 10:00 a.m., be vacated and continued to July 12, 2022 at the hour of 11:00 a.m.

IT IS FURTHER ORDERED that the Status Conference scheduled for July 8, 2022, at 10:00 a.m. is VACATED.

DATED this 30 day of June 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3