1   SIGAL CHATTAH
    United States Attorney
2   District of Nevada
    Nevada Bar Number 8264
3
    CYBILL DOTSON
4   Assistant United States Attorney
    501 Las Vegas Blvd. South, Suite 1100
5   Las Vegas, Nevada 89101
    Telephone: (702) 388-6336
6   Facsimile: (702) 388-6787
    E-mail: Cybill.Dotson@usdoj.gov
7   *Attorneys for the United States*

8

9                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
10

11   UNITED STATES OF AMERICA,            )   Case No.: 2:22-cr-00026-JCM-MDC
                                          )
12              Plaintiff,                )   **ORDER AUTHORIZING PAYMENT**
                                          )   **FROM FEDERAL BUREAU OF**
13       v.                               )   **INVESTIGATION**
                                          )
14   DANNIE LUCKETT,                      )
                                          )
15              Defendant.                )
                                          )
16   _____)

         This matter is before the Court on the Motion to Authorize Payment from the

17   Federal Bureau of Investigation ("FBI") pursuant to 18 U.S.C. §§ 3613(a). The Court has

18   reviewed the motion and finds that for good cause shown, the FBI shall turn over to the

19   Clerk of Court funds held as evidence in the amount of $1,819.10 for the above named

20   defendant as payment towards the criminal monetary penalties imposed in this case.

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

                                            1

Payment shall be made payable to: Clerk of the Court, U.S. District Court, and delivered to:

Clerk of the Court, U.S. District Court
333 Las Vegas Boulevard South, Suite 1334
Las Vegas, NV 89101

Payment shall reference Judgment Debtor's name and case number:

"Dannie Luckett / 2:22-cr-00026-JCM-MDC".

**IT IS SO ORDERED**:

Dated: June 30, 2025

_____
UNITED STATES DISTRICT JUDGE